IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY BRYSKI, <br> # M-46565, <br>                   Plaintiff, <br><br> vs. <br><br> DOCTOR APOSTOL, <br> PENNY GEORGE, <br> DOCTOR RITZ, <br> DOCTOR SCHICKER, <br> WEXFORD HEALTH, and <br> UNKNOWN PARTY <br>                   Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 16-cv-00887-MJR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF IMPENDING DISMISSAL

**REAGAN, Chief Judge:**

On August 8, 2016, Plaintiff Jeffrey Bryski filed a document in the Southern District of Illinois that was construed as a complaint brought pursuant to 42 U.S.C. § 1983 (Doc. 1). In it, Plaintiff claims that medical doctors at Vienna Correctional Center ("Vienna") denied to treat Plaintiff for a back injury for which surgery was deemed required and approved (Doc. 1). In connection with this claim, Plaintiff sues Penny George, Wexford Health Services, several doctors, and an unknown party styled "Doe Clinical Services."

On the date the complaint was filed in the Southern District, the Office of the Clerk issued a letter to Plaintiff informing him of his case number and informing him of his continuing obligation to keep the Clerk of Court informed of any change to his address. This obligation, per the letter, requires Plaintiff to notify the Court in writing of his new address within 7 days of a transfer or other change in address. The letter also informed Plaintiff that this Court would not independently investigate his whereabouts. The letter indicated that failure to

1

provide any applicable change of address notifications to the Court could result in dismissal of the action for want of prosecution.

Plaintiff failed to provide the necessary prisoner trust fund account information to accompany Plaintiff's Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). On August 25, 2016, the Southern District entered an Order requiring Plaintiff to provide the Clerk of Court with the necessary certification from his Trust Fund Officer and a copy of his trust fund account statement (or institutional equivalent) for the period 2/1/2016 to 8/8/2016 within forty-five (45) days (i.e., by October 11, 2016). The Court indicated that failure to comply with the Order without good cause would result in dismissal of the action for failure to comply with an Order of the Court. In compliance with the Order, the Clerk of Court mailed a copy of the Order and the certification form to Plaintiff and to the Trust Fund Officer at Vienna. The letter sent to Plaintiff at his last provided address was returned as undeliverable. The address provided by Plaintiff therefore seems to be outdated, as of at least September 6, 2016.

Plaintiff was clearly warned that failure to inform the Court of any change in his address within seven (7) days of the change could result in dismissal of the case. Further, Plaintiff was warned that failure to provide an appropriate Trust Fund Officer certification and trust fund account statement by October 11, 2016 would result in dismissal of this case. To date, Plaintiff has failed to provide the Court with an updated address and failed to provide the necessary IFP documentation. Both deadlines for such actions have long passed. This matter cannot linger indefinitely.

Plaintiff is hereby **ORDERED** to provide the Court with an updated address, the required certification completed by the Trust Fund Officer at Vienna, and a copy of his trust fund

account statement (or institutional equivalent) for the period 2/1/2016 to 8/8/2016 on or before **November 30, 2016**.  This information should be mailed to the Clerk of Court at the following address:  United States District Court – Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201.

**Failure to comply with this Order shall result in dismissal of this action with prejudice for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

**DATED: November 16, 2016**

s/ MICHAEL J. REAGAN<br>Chief District Judge