## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEFFREY BRYSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cv-00887-MJR |
| | ) | |
| DOCTOR APOSTOL, | ) | |
| PENNY GEORGE, | ) | |
| DOCTOR RITZ, | ) | |
| DOCTOR SCHICKER, | ) | |
| WEXFORD HEALTH, and | ) | |
| UNKNOWN PARTY, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**REAGAN, Chief District Judge:**

On August 8, 2016, Plaintiff Jeffrey Bryski filed a document in the Southern District of Illinois that was construed as a complaint brought pursuant to 42 U.S.C. § 1983 (Doc. 1).  On the date the complaint was filed in the Southern District, the Clerk of Court issued a letter to Plaintiff informing him of his case number and informing him of his continuing obligation to keep the Clerk informed of any change to his address. This obligation, per the letter, requires Plaintiff to notify the Court in writing of his new address within 7 days of a transfer or other change in address or face dismissal of the action for want of prosecution.

Though Plaintiff sought to proceed *in forma pauperis* in this action, he failed to provide the necessary prisoner trust fund account information to accompany Plaintiff's Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion").  When the Court entered an order requiring Plaintiff to provide this documentation, the Court indicated that failure to comply with the order without good cause would result in dismissal of the action

1

for failure to comply with an order of the Court.  The letter sent to Plaintiff regarding this order at his last provided address was returned as undeliverable. Because Plaintiff's last provided address appeared outdated, and he passed the deadline for providing the necessary documentation to support his IFP motion, this Court issued a Notice of Impending Dismissal on November 16, 2016, ordering Plaintiff to provide the IFP documentation and an updated address by November 30, 2016 or face dismissal of this case with prejudice. (Doc. 6, pp. 2-3).

Plaintiff was given fourteen days to inform the Court of his new address and provide the necessary IFP documentation. The Court warned Plaintiff that failure to pay the fee by this deadline would result in dismissal of the action for want of prosecution and/or failure to comply with an order of this Court. To date, Plaintiff has failed to provide the Court with an updated address and failed to provide the necessary IFP documentation.  The deadline has now passed.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice** for failure to comply with an order of this Court and for want of prosecution. *See* FED. R. CIV. P. 41(b).   This dismissal shall **NOT** count as a "strike" under 28 U.S.C. § 1915(g).  Plaintiff's obligation to pay the fee for this action was incurred at the time the action was filed, so the fee of $400.00 remains due.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).  Plaintiff's pending IFP motion (Doc. 2) is **DENIED** as **MOOT**. The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

IT IS SO ORDERED.

DATED:  December 6, 2016

/s/ **Michael J. Reagan**  
**Chief Judge Michael J. Reagan**  
**United States District Court**

2